|   |   |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 |   |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | KRISTINA GREEN (NYBN 5226204)<br>CHRISTOFFER LEE (CABN 280360) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6912<br>FAX: (415) 436-7234 |
| 8 | Kristina.green@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 3:20-CR-00395-EMC |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) |  |
| KERISIMASI REYNOLDS, | ) |  |
| Defendant. | ) |  |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against KERISIMASI REYNOLDS without prejudice.

DATED: September 12, 2022                                         Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Thomas A. Colthurst*
THOMAS A. COLTHURST
Chief, Criminal Division

1 [PROPOSED] ORDER

2    Leave is granted to the government to dismiss without prejudice the Information against

3 KERISIMASI REYNOLDS.

6 Date: October 18., 2022

_____
HON. EDWARD M. CHEN
Senior United States District Judge